## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR12-1085-CAS | Date | February 5, 2014 |
|---|---|---|---|

| Present: The Honorable | CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Interpreter | N/A |
|---|---|

| Catherine M. Jeang | Laura Elias | Melissa Mills |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| YONGDA HUANG HARRIS (CITATION) | NOT | | | MATTHEW LOMBARD | X | | X |

**Proceedings:**   STATUS CONFERENCE RE: DEFENDANT'S LETTER

Hearing held and counsel are present. Defendant is present by telephone. Matters discussed outside the presence of the government and the Court orders these portions of the transcript sealed. Based on the above-referenced matter being before the Court of Appeals of the Ninth Circuit. Therefore, the Court lacks jurisdiction.

|  | 00 | : | 10 |
|---|---|---|---|
| Initials of Deputy Clerk | | | CMJ |