FILED

JUL 14 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-50250 |
| Plaintiff - Appellee, | D.C. No. 2:12-cr-01085-CAS |
| v. | Central District of California, Los Angeles |
| YONGDA HUANG HARRIS, | ORDER |
| Defendant - Appellant. | |



RECEIVED
CLERK, U.S. DISTRICT COURT
7/14/14
CENTRAL DISTRICT OF CALIFORNIA
BY: ___MAT___ DEPUTY

Before: Peter L. Shaw, Appellate Commissioner.

The motion of the Federal Public Defender's Office to withdraw as counsel of record and for appointment of substitute counsel is granted. Counsel will be appointed by separate order.

The Clerk shall electronically serve this order on the appointing authority for the Central District of California, who will locate appointed counsel. The appointing authority shall send notification of the name, address, and telephone number of appointed counsel to the Clerk of this court at counselappointments@ca9.uscourts.gov within 14 days of locating counsel.

The court is also in receipt of appellant's pro se waiver of right to appeal. Because appellant is represented by counsel, only counsel may submit filings, and this court therefore declines to entertain the submission.

The Clerk shall serve a copy of appellant's waiver on the appointing authority for further forwarding to newly appointed counsel. Within 28 days after the date of this order, counsel shall consult with appellant and shall file a response to appellant's waiver of right to appeal.

Former counsel's motion for an extension of time to file the opening brief is denied as unnecessary.

The Clerk shall amend this court's docket to reflect that appellant is no longer represented by Assistant Federal Public Defender Matthew B. Larsen.

Briefing is suspended pending further court order.

The Clerk shall serve this order on Assistant United States Attorney Patrick R. Fitzgerald within 14 days after the date of this order, counsel Fitzgerald shall serve this order on appellant individually and provide this court proof of such service showing appellant's current address.

The Clerk also serve this order on former counsel.

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JUN 26 2014

FILED_____
DOCKETED_____
　　　　　DATE　　　INITIAL

13-50250

Molly Dwyer, Clerk
United States Court of Appeals for the Ninth Circuit
THE JAMES R. BROWNING COURTHOUSE
95 7TH STREET,
SAN FRANCISCO, CA 94103
Phone: (415) 355-8000

Re: USA v. Harris
**Case Number:** 2:12-cr-01085-CAS

Dear Ms. Dwyer:

I, Yongda Huang Harris, fired my attorney Matthew Larsen on June 9, 2014 for unethical conduct in violation of State Bar Rule 3-110 Failing to Act Competently, Rule 3-210 Advising the Violation of Law, and Rule 3-500 Communication. Matthew Larsen had deliberately failed in legal and ethical duties to his client. He lied to me multiple times over the course of 1 year (June 2013 to June 2014) telling me he will pursue a Habeas appeal Section 2255 to overturn a wrongful conviction I was forced into. Mr. Larsen then changed his words and told me in a letter that he will not do any such thing and he does not believe it has any merit. Mr. Larsen is in effect acting as a second prosecutor and not in any way supporting his client's interests. He has sought to harm his client and damage his appeal by unreasonably delaying the appeal for over a year's time with false promises that he will help his client "once he gets to it" because he was "too busy" with other cases. Mr. Larsen never communicated or informed his client of what legal actions or strategy he had in mind. I had to find out myself through extensive effort that Mr. Larsen was filing motions for postponement without my knowledge.

**For these and other reasons I have lost complete confidence in Mr. Matthew Larsen's effectiveness and honesty as my attorney and request the Court terminate his right to represent me and file motions or any other legal action on my behalf. I am attaching a waiver of my appeal rights Pro Se because of Mr. Larsen's refusal to assist me with a Habeas appeal so I can remove my case back to the District Court level for an emergency Section 2255 Habeas hearing to overturn my wrongful conviction.**

I ask that you process this with emergency priority and all due haste in the interests of justice.

Thank you Ms. Dwyer.

Sincerely,

Yongda Huang Harris

6/24/2014

**NINTH CIRCUIT NO. 13-50250**

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JUN 26 2014

**UNITED STATES**
- v. -
**YONGDA HARRIS**

FILED _____
DOCKETED _____
DATE _____ INITIAL _____

**WAIVER OF RIGHT TO APPEAL**

I, Yongda Harris, defendant-appellant, having been advised of my right to appeal from the conviction and sentence in the above-entitled case, and having been deceived and misinformed by my attorney, Matthew Larsen, do not desire to pursue my direct appeal in order to pursue a section 2255 Habeas appeal before Judge Christina Snyder in the Central District Court of California.

Date: 6/24/2014

Yongda Harris