UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR12-1085-CAS | | Date | August 22, 2014 |
|---|---|---|---|---|
| Present: The Honorable | CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE | | | |
| Interpreter | N/A | | | |

| Catherine M. Jeang | Not Present | Melissa Mills, Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| YONGDA HUANG HARRIS (CITATION) | NOT | | | MATTHEW LOMBARD | NOT | | X |

**Proceedings:**     (IN CHAMBERS)

The Court is in receipt of defendant's letter dated July 9, 2014.  Defendant's attention is directed this Court's June 23, 2014 minute order.

"L.R. 83-2.5 Communications with the Judge.  Attorneys or parties to any action or proceeding shall refrain from writing letters to the judge, sending e-mail messages to the judge, making telephone calls to chambers, or otherwise communicating with a judge in a pending matter unless opposing counsel is present. All matters must be called to a judge's attention by appropriate application or motion filed in compliance with these Local Rules."

Therefore, enclosed herewith, under separate cover, is defendant's letter dated July 9, 2014 regarding the above-entitled matter.

Furthermore, the docket reflects the appeal is still pending and that defendant is represented by appointed counsel, Becky Walker James.  As such, any communications should be made through counsel of record.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Deputy Clerk | | CMJ | |

cc: Yongda Harris
    74 George St., #3
    Boston, MA 02121