FILED
CLERK, U.S. DISTRICT COURT

MAY 13 2019

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YONGDA HARRIS,<br><br>Defendant. | No. 2:12-CR-01085-CAS<br><br>**MOTION TO ORDER BOSTON FEDERAL COURT, US DISTRICT COURT, BOSTON FEDERAL PROBATION, US PROBATION & PRETRIAL SERVICES, FBI, DEPT. OF JUSTICE, US BUREAU OF PRISONS, AND ALL OTHER RELEVANT AGENCIES TO EXPUNGE ALL CRIMINAL RECORDS, AND CONVICTION OF DEFENDANT. MOTION FOR COURT DECLARATION OF FACTUAL INNOCENCE.** |

**SUMMARY OF THE CASE**

In 2017, the Central District Court had overturned Defendant's criminal conviction, this court order was later unchallenged when the Government dropped its appeal and approved a joint motion to dismiss the criminal case. In violation of Defendant's Constitutional Rights including his 5th Amendment and 14th Amendment rights, Defendant discovered he is still affected by an active criminal felony record stored in FBI, DOJ, and Court databases. Defendant had run a Court background check in preparation for future employment. The results of a MA State Court

1

background check on 1/25/2019 revealed Defendant has an "Open" and active case for the exact same charge this Court had overturned and vacated. This showed up as a criminal record for Defendant. Defendant was informed by the Edward W Brooke Courthouse in Boston, MA that this record was generated by "Boston Federal Court" and "Federal Probation" in Boston, MA. Defendant had over 1 year prior filed a motion to the Boston Federal Court after his conviction was overturned by the Central District Court with intent to vacate and expunge any sort of record after this Court had already granted his Habeas appeal. The Boston Federal Court disregarded Defendant's motion and never even responded to the content of Defendant's demand up even to this current date instead ordering transfer of jurisdiction to the Central District of CA.

The Boston Federal Court and Boston Federal Probation are effectively disregarding the vacating of Defendant's wrongful conviction by this Court and still branding Defendant as a Felon in their criminal Court database they share with the State Court. They also refuse to hear anything Defendant asks of them regarding his expungement of his criminal record forcing Defendant to appeal to the Central District that jurisdiction was transferred to. Defendant is led to believe that the Federal Agencies including the FBI, DOJ, US Federal Court, and other associated law enforcement agencies continue to this present day. This makes Defendant a criminal still in the legal system and has a red flag in background checks. Defendant is currently in the advanced stages of a job application background check and this still existing "criminal record" in the Court system will negatively affect his employment chances.

Petitoner requests emergency relief from this Court to ORDER the Boston Federal Court, Boston Federal Probation, FBI, DOJ and all associated law enforcement agencies to clear their databases of any open and/or active criminal record of Defendant and expunge his criminal conviction

within the next 24 hours.  Defendant specifically requests the Court to order a hearing in session for the next motion hearing date on Monday May 13, 2019.

Defendant is attaching the contact information for the FBI and assume this Court can send independent communication on its own to the Boston Court and all other law enforcement agencies needed.

https://www.fbi.gov/services/cjis/fingerprints-and-other-biometrics/arrest-disposition-submission

To Submit Expungements (must be submitted by a criminal justice agency/court only):  Mail paper expungements to the following address:  BSU Inventory Control – Expungements FBI CJIS Division, BSS 1000 Custer Hollow Road Clarksburg, WV 26306  Send expungements via e-mail to ck_expungements@fbi.gov.  Send expungements via facsimile to 304-625-9815.

SUPPLEMENTAL FILING TO PLEADING OF Emergency Motion to Order Boston Federal Court and Boston Federal Probation and the FBI and Department of Justice to Expunge all Criminal Records and Conviction of Defendant

Supplemental MOTION for EX PARTE SEALING of Defendant's identifying information including but not limited to Social Security numbers, address, employer name, birthday, bank accounts, and any other sensitive personal information included.

DEFENDANT wishes to attach a supplemental filing to the initial pleading sent to the Court in accordance with Rule LR 7-5 and 7-6.

The supplemental includes new information Defendant has received from his potential employer revealing the FBI Criminal Database still has Defendant effectively listed as a Felon with a

Federal Criminal Record for the Original Charge that was overturned by the Court (Re:12CR1085CAS). The employer is Bank of America and had sent Defendant a job offer of a very well paid position at their bank with benefits (Exhibit #2). Defendant reports to the Court he has suffered extreme financial harm and ongoing financial hardship and he had also applied to several other banks for employment but discovered he will not be able to pass the FBI criminal background check.

As attached in Exhibit #1, the FBI background criminal record does not include any information on the vacating of Defendant's conviction and instead lists him as an active criminal. In light of the severe financial, social, and mental harm to himself, Defendant requests the Court order the FBI to immediately expunge their databases of this factual inaccuracy in order to ensure Defendant can satisfactorily pass all FBI criminal background checks. Defendant requests the Court to issue a formal written order that states as a matter of fact Defendant does not have a criminal record, his criminal charge was vacated, and his is fully exonerated under the law.

Defendant requests the Court issue an order to be transmitted to US Probation & Pretrial Services, Boston Federal Probation department, Boston Federal Court, and the US Attorney's office to expunge the Massachusetts State criminal court background check system.

Defendant had sent the FBI a letter (Exhibit #3) via certified mail on 4/5/2019. Defendant had not received any response as of yet.

~~Defendant reports he is sending a copy of the attached Supplemental filing to the USAO office in LA in accordance with the Local Rules by registered mail on 4/5/19.~~

Defendant prays and pleads with the Court for assistance and relief in this serious matter. Defendant should not have a criminal record anymore since the successful appeal of his 2255 conviction and the fact that the FBI database and the MA State Court CARI database and

potential other unknown government databases run through background checks still flag Defendant as a felon has a significant adverse impact on Defendant's ability to get a stable job and reintegrate properly into society.

Defendant also requests EX PARTE sealing of all sensitive financial and personal identifying information including but not limited to his Social Security number, etc from being released to the public.

Defendant reports to the Court he is using the exact written instruction for filing Pleading papers to the Court from this website: http://www.caed.uscourts.gov/caednew/index.cfm/attorney-info/word-format/. The United States District Court for the Eastern District of California provided via its website this exact specific Pleading format for this Motion Defendant is mailing to the Court. Defendant informs the Court with his compliance with the instructions provided by the Eastern District of California that this should not be considered a violation of Local Rule 83-2.5 and should be considered by the Court as a proper Motion to be heard on May 13, 2019 and no later.

Defendant also provides proof of service with a copy of his certified mail receipt and certified mail tracking # to the US Attorney that can be tracked on the website: https://www.usps.com/.

Defendant requests the Court consider appointment of a Victim advocate under 18 U.S. Code § 3771 to assist him in the filing of criminal charges against the individuals responsible for the crimes committed against him and his family throughout this ordeal. Defendant does not reside in California and it presents extreme hardship and logistical challenges for him to seek law enforcement action and protection of his and his family's lawful rights as American citizens.

Defendant is under extreme disability and requests the Court to take into consideration the extraordinary stress and hardship he is under and not treat him like a person with perfect health. It is an extreme mental and physical hardship for the stresses Defendant has to undergo to do this Pro Se legal work without any assistance.  He has elevated blood pressure, medical problems, and PTSD from this ordeal and requires therapy and assistance in seeking proper justice against individuals who violated repeatedly and over a multi-year period his Constitutional rights and committed multiple felonies against him and his family.  Defendant had tyried multiple times to telephonically file charges without success from the LAPD (he is effectively denied access to protection under CA law) and asks the Court to order enforcement of his Equal protection right under the 14th Amendment.

Signed: [signature]    5/7/2019

Case 2:12-cr-01085-CAS   Document 190   Filed 05/13/19   Page 7 of 9   Page ID #:2004

About | Location | Contact | FAQ

Website Suggestion?

Search

| Home | Judges | Attorney Info | CM/ECF E-Filing | Rules | Forms | Jury Info | Clerk's Office | Careers | Education | News |

Accommodations for Communication Disabilities
Admission
Attorney Admission Search
Attorney Resources
Consent to Proceed Before a Magistrate Judge
Court Agency Information
Court Interpreters
Court Reporters / Transcripts
Eastern District Conference
Electronic Evidence Submission/Presentation
Fee Schedule
Judicial Advisory Committee
Judiciary Staff Travel Regulations
Lawyer Representatives to the 9th Circuit Judicial Conference
Links
Nursing Mothers Information
Post Judgment Interest Rates
Pro Bono Panel
VDRP
Violation Notices
**Word Format**

Home » Attorney Info » Word Format

**Microsoft Word - October 1, 2013**

Effective October 1, 2013, the United States District Court for the Eastern District of California is a Microsoft Word only court. All documents required to be submitted to the court in word processing format pursuant to Local Rules 137, 163 and 281 (proposed orders, jury instructions and pretrial statements) must be submitted in Word format (.docx).

The following pleading paper instructions and templates are provided to assist counsel in submitting their documents in Microsoft Word format.

Pleading Paper Instructions

Arial Pleading Paper

Courier Pleading Paper

Times New Roman Pleading Paper

If you need to save your WordPerfect document in Word format to submit to the court, there are instructions on saving in Word format below.

Instructions on saving WordPerfect documents in Word format

**Note:** If you are converting from WordPerfect to Word, please save in .docx format. There is a known issue with the conversion of pleading paper, which is acceptable.

About The Federal Court | Careers | Contact

©2019 Eastern District of California

**United States Department of Justice**            **Offices of the United States Attorneys**

THE UNITED STATES ATTORNEY'S OFFICE
CENTRAL DISTRICT of CALIFORNIA

Search

SEARCH

**HOME**   **ABOUT**   **MEET THE U.S. ATTORNEY**   **NEWS**   **DIVISIONS**   **PROGRAMS**

**COMMUNITY OUTREACH**

U.S. Attorneys » Central District of California » About the U.S. Attorney's Office

# Contact Us

Thank you for visiting the Central District of California website.

On this page, you can view the contact information for the office by telephone, by postal mail, contact the Civil Rights Section, or you can contact the Public Affairs Office.

**BY TELEPHONE**

Central District of California Main Phone: **(213) 894-2400**

Central District of California Fax line: **(213) 894-0141**

**BY POSTAL MAIL**

Service copies of civil complaints must be sent by registered or certified mail to:

Civil Process Clerk
United States Attorney's Office
Central District of California
300 North Los Angeles Street
Suite 7516
Los Angeles, California 90012

Other correspondence to the Central District of California, including the U.S. Attorney, may be sent to:

United States Attorney's Office
Central District of California
312 North Spring Street
Suite 1200
Los Angeles, California 90012

**CONTACT THE CIVIL RIGHTS SECTION**

Y Harris
PO Box 7
Alston, MA 02134



First Street Courthouse
350 W. First St
Courtroom 8D
Los Angeles, CA 90012

7015 1520 0002 7636 9884

CERTIFIED MAIL

RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 13 2019
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

JOHN F. KENNEDY
BOSTON MA 02114
MAY 07 2019
USPS

U.S. POSTAGE PAID
FCM LG ENV
BOSTON, MA
02114
MAY 07, 19
AMOUNT
$4.55
R2305K138892-10

FOREVER USA