# EXHIBIT 3

FBI,
Criminal Justice Information Services (CJIS) Division,
ATTN: SCU, Mod. D2,
1000 Custer Hollow Road,
Clarksburg, WV 26306.

## FBI IDENTIFICATION RECORD - FBI NO.-865885RD5

### Demand to FBI to expunge the criminal record of Yongda Huang Harris.

The FBI criminal database has a criminal record of Mr. Harris that is factually untrue and the conviction in question has been overturned years ago.

Under TITLE 28 SECTION 16.34 I demand the FBI immediately expunge the criminal record in question from all its databases and systems and provide written proof of expungement in 24 hours from receipt of this letter.

*[signature]*  4/4/19

Return address: PO Box 7
                Allston, MA 02134