FILED
CLERK, U.S. DISTRICT COURT
JUL 2019
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:12-CR-01085-CAS |
|---|---|
| Plaintiff, | **EMERGENCY NOTICE TO COURT** |
| v. | **DEFENDANT'S WAIVING OF RIGHT** |
| YONGDA HARRIS, | **OF RESPONSE TO COURT** |
| Defendant. | |

L.R. 7-9 Opposing Papers. Each opposing party shall, not later than ten (10) days after service of the motion in the instance of a new trial motion and not later than twenty-one (21) days before the date designated for the hearing of the motion in all other instances, serve upon all other parties and file with the Clerk either (a) the evidence upon which the opposing party will rely in opposition to the motion and a brief but complete memorandum which shall contain a statement of all the reasons in opposition thereto and the points and authorities upon which the opposing party will rely, or (b) a written statement that that party will not oppose the motion. Evidence presented in all opposing papers shall comply with the requirements of L.R. 7-6, 7-7 and 7-8.

L.R. 7-10 Reply Papers. A moving party may, not later than fourteen (14) days before the date designated for the hearing of the motion, serve and file a reply memorandum, and declarations or other rebuttal evidence. Absent prior written order of the Court, the opposing party shall not file a response to the reply.

Defendant informs the Court that he will be waiving his right under Local Rule 7-9, 7-10, and any other applicable local rules for the 14 day response time by July 24, 2019. He requests the Court

grant his waiving of his right and not delay the Court's decision. Preferably for the Court to make a decision on July 10 or shortly after if the Government chooses to respond. Defendant does do this willingly but feels compelled to do so as these motions are being delayed to an unreasonable and indefinite term. Nevertheless Defendant feels confident to stand on the merits and Consitutional rights of the issue and request the Court Grant his motion to waive his 2 week response time for this motion, for the previous motions, and any other briefing dates set by the Court. Defendant is NOT able to see which briefing deadlines are set by the Court, he has been denied access to PACER and e-filing by this Court, therefore Defendant pleads with the Court to confirm that it canceled all of the Defendant's 2-week allotted response times to the Government's response for this and any other briefing dates set.

As the Court can see even the FBI criminal division claims they contacted the Court and failed to receive any authorization to erase Defendant's criminal record despite his **overturned conviction**. Any further delays harm the Defendant unnecessary in both professional prospects, emotional health, and physical well being. To reemphasize to the Court to make it crystal clear, Please for the Love of God, DO NOT assign Defendant a reply deadline of July 24, 2019 or any other deadlines for Defendant's response whether to this motion or any other motions and briefing dates set by the Court now or in the future. Unless otherwise notified by the Defendant the Court is asked to accept Defendant's waiver of his right under extreme trauma and duress as Defendant does NOT HAVE ANY INTENTION of responding therefore the 2 week extensions given to the Defendant's reply for the Motions on the record are unneeded and waived immediately by Defendant. Defendant will let stand his papers already submitted to the Court and the Court is to consider this as fact unless Defendant notifies the Court otherwise in the future.

Defendant also includes Exhibits from an email communique with a DHS agent who refuses to send back Defendant's property and claimed Defendant has to travel to Los Angeles and receive it in person which is impossible for Defendant to do. It is noted to the Court the Government originally seized this property when the Defendant was transporting it through the airport, and the Government had mailed some of Defendant's property to Boston. The DHS agent did not explain why he will not send the property back to Defendant. And the FBI report indicates they need the Court's authorization to clear up Defendant's wrongful conviction.

Defendant requests once again for the Court to NOT set a new briefing date or reply or response from the Defendant's side for this Notice, for the other Motions on the record, or for anything else. Defendant requests and prays this way the Court can make a decision on or around July 10, 2019 and NOT after July 24, 2019 as Defendant has **notified the Court he formally waived his right to the response time.**

Please send back a response ASAP that the Court received this and granted the waiver of Defendant's rights.

Signed: *[signature]*  7/5/2019


**Gmail**	Y Harris <yoharris@gmail.com>

## Hello
7 messages

---

**Kim, Andrew** <Andrew.Kim@ice.dhs.gov>	Wed, Jun 26, 2019 at 2:20 PM
To: "yoharris@gmail.com" <yoharris@gmail.com>

Mr. Harris,

Per our conversation, please give me some time to itemize your belongings. Thank you for your patience and hopefully we can resolve this. I would also find out if there is anyone in the Los Angeles area that would be to accept your property on your behalf.

Thank you,

**Andrew Kim**

Special Agent

Department of Homeland Security

Homeland Security Investigations

ASAC LAX | IMF BEST

---

**T** <yoharris@gmail.com>	Wed, Jun 26, 2019 at 2:29 PM
To: "Kim, Andrew" <Andrew.Kim@ice.dhs.gov>

Ok you can provide me updates via this email.
Send me a complete list of the property and which agency has possession of them.
Thank you
[Quoted text hidden]

---

**T** <yoharris@gmail.com>	Thu, Jun 27, 2019 at 6:36 AM
To: "Kim, Andrew" <Andrew.Kim@ice.dhs.gov>

Hello following up the phone conversation, I need you to confirm with me via email the full inventory of my luggage property that was seized by the government. Confirm what was taken by Homeland Security/FBI and LAPD and if you have all of the property in question in your possession or is it still divided with LAPD and other agencies.

When can you mail everything back to me? There is noone in Los Angeles who can take possession of this property as I explained to you on the phone, my attorney has been discharged. You will have to mail everything back to me or deliver it back. Let me know the date you send everything back and provide the tracking number.

Did you inform the Court of this, are you keeping the Court updated on the status of my property return?

Thank you.

[Quoted text hidden]

---

**T** <yoharris@gmail.com>	Thu, Jun 27, 2019 at 6:37 AM
To: "Kim, Andrew" <Andrew.Kim@ice.dhs.gov>

You can mail everything back to me at this addess below:

Yongda Harris
PO Box 7
Boston, MA 02134
[Quoted text hidden]

---

**T** <yoharris@gmail.com>	Tue, Jul 2, 2019 at 8:37 AM
To: "Kim, Andrew" <Andrew.Kim@ice.dhs.gov>

What is the status of the property return? When are you going to mail everything back to me?
[Quoted text hidden]

---

**Kim, Andrew** <Andrew.Kim@ice.dhs.gov>	Tue, Jul 2, 2019 at 8:29 PM
To: T <yoharris@gmail.com>

Mr. Harris,

I'm still compiling the list of items that is in our custody.

As previously mentioned, the items can not be mailed to you. The items must be picked up in person by you or your designee. We would need a signatures on our receipt form to indicate that the items have been successfully transferred out of our custody.

Thank you for your patience and understanding.

Respectfully,

Andrew Kim

[Quoted text hidden]

---

**T** <yoharris@gmail.com>
To: "Kim, Andrew" <Andrew.Kim@ice.dhs.gov>

Wed, Jul 3, 2019 at 6:21 AM

I need an exact date from you when this can be completed. You had over 7 years since 2012 to compile these items inventory there is no reaonsable explanation why you waited this late. The government had more than enough time to do this any further time is unnecessary. I was also informed by the Court the Government claimed to be looking for these items months prior to your phone call, why you just started looking for them last week is still unexplained. Also as I already mentioned on the phone, I cannot travel to Los Angeles to pick these up in person, that is unreasonable. I expect the items to be delivered to me in Boston, MA. If you need me to sign them I can do that in Boston not Los Angeles. You do have a homeland security agency in Boston that had items transferred over to them before they transferred it back to Los Angeles. There is no reason why you cannot transfer this back to Boston again for me to receive. If you cannot do this let me know today and I will inform the Court.

Thank you.

[Quoted text hidden]

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<27931358@cacd.uscourts.gov>Subject:Activity in Case 2:16-cv-06169-CAS Yongda Huang Harris v. United States of America Minutes of In Chambers Order/Directive - no proceeding held Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 6/26/2019 at 11:34 AM PDT and filed on 6/26/2019

**Case Name:** Yongda Huang Harris v. United States of America
**Case Number:** 2:16-cv-06169-CAS
**Filer:**
**Document Number:** 32

**Docket Text:**
MINUTE ORDER IN CHAMBERS by Judge Christina A. Snyder:RE:MOTION FOR EX PARTE STATUS FOR EXHIBIT 1AND MOTION FOR COURT TO ORDER EMAIL CORRESPONDENCE FOR ALL FUTURE COMMUNICATIONS BETWEEN COURT AND PLAINTIFF [29] OBJECTION TO IN CAMERA PROCEEDING AND MOTION FOR PRELIMINARY INJUNCTION TO ORDER GOVERNMENT TO REVEAL ITS CRIMINAL CHARGES AND INVESTIGATION AGAINST PLAINTIFF [28].The Court is in receipt of the above-referenced motions/requests filed by the defendant. The Court sets the following briefing: Governments Response shall be filed on or before July 10, 2019; and Defendants Reply shall be filed on or before July 24, 2019. (lc)

[Handwritten annotation: Defendant waives his right to respond to this and any other briefing dates set by the Court to include all future briefing dates.]

2:16-cv-06169-CAS Notice has been electronically mailed to:
Assistant 2241-2255 US Attorney LA-CR    caseview.ecf@usdoj.gov, usacac.criminal@usdoj.gov, usacac.habeas@usdoj.gov
William Rollins    william.rollins@usdoj.gov, usacac.criminal@usdoj.gov, caseview.ecf@usdoj.gov
Rebecca Shults    usacac.criminal@usdoj.gov, caseview.ecf@usdoj.gov, rebecca.shults@usdoj.gov, rebecca.b.shults@usdoj.gov
2:16-cv-06169-CAS Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :
Yongda Huang Harris
REG NO 58047-112
PO Box 7

[Handwritten annotation at bottom: Please do NOT delay the Court's decision by 2 weeks.]



**U.S. Department of Justice**

Federal Bureau of Investigation

Clarksburg, WV 26306
June 10, 2019

Mr. Yongda Huang Harris
Post Office Box 7
Allston, MA 02134

Dear Mr. Harris:

      Reference is made to your correspondence dated April 5, 2019, requesting the expungement of federal arrest data on your FBI Identity History Summary (IdHS). You quoted your FBI Universal Control Number as 865885RD5 in support of your request.

      The FBI's Criminal Justice Information Services (CJIS) Division serves as the nation's central repository and custodian for fingerprint-supported IdHS information. All data appearing on an FBI IdHS is obtained directly from fingerprints and related documents submitted voluntarily to this Division by authorized criminal justice agencies. In this regard, as custodian and not the source of your federal arrest data, the CJIS Division lacks authority to modify or remove the data unless directed to do so by the original submitting agency, a federal court with jurisdiction, or a federal agency of competent authority.

      In an effort to assist you, a member of my staff contacted the United States Central District Court of California for direction in the matter. However, as of this date, no authorization has been received to modify or remove arrest data from your FBI IdHS. Should the FBI's CJIS Division receive authorization from the appropriate authorities to modify or remove your arrest data, you may be assured that this Division will comply.

      If you would like to obtain a copy of the fingerprint-supported arrest data currently maintained on you in the FBI Criminal File, you may request a summary search pursuant to the provisions of U.S. Department of Justice Order 556-73. A copy of Order 556-73, as well as additional information, instructions, and materials for submitting a summary request are available on our website at <www.fbi.gov/checks>. Please note that, in addition to the current methods through which an individual may request his/her IdHS, or proof that none exists, the FBI has deployed the Electronic Departmental Order (eDO) through which an individual may electronically submit requests and receive expedited responses for IdHS checks. Electronic requests may be submitted to the FBI at <https://www.edo.cjis.gov>.

Mr. Yongda Huang Harris

      Arrest data maintained by the FBI's CJIS Division is supported by fingerprints, and fingerprint impressions are required so a comparison can be made. This establishes a positive identification and ensures that an individual's IdHS is not disseminated to an unauthorized person.

                                  Sincerely yours,

                                  *William D. McKinsey /pms*

                                  William G. McKinsey
                                  Section Chief
                                  Biometric Services Section
                                  Criminal Justice Information
                                      Services Division